James R. Gould, Respondent, v. J. S. Gould Son's Company, Inc., Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

Huntington Federal & Savings Loan Association, Respondent, v. Pearl Weinstein, Defendant, and Abraham Kurtz, Defendant-Appellant.— No opinion. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of the Will of Samuel J. Hughes, Deceased. Mary E. Gillespie, Appellant; Brooklyn Trust Company, as Executor and Trustee, et al., Respondents.— No opinion. Present — Close, P. J., Carswell, Taylor and Lewis, JJ.; Hagarty, J., not voting.

In the Matter of Michael P. Kosolapov, Respondent, v. Borris M. Komar, Appellant.— No opinion. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of Hans Riesenfeld et al., On Behalf of Themselves and Other Property Owners Similarly Situated, Appellants, against Board of Standards and Appeals of the City of New York et al., Respondents.— No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

Elizabeth Mills, Respondent, v. Carl G. Wagner, Defendant, and Liebmann Breweries, Inc., Defendant-Appellant.— No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

Rose M. Myers, Respondent, v. City of New York, Appellant.— No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.